**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 4/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARLES BLAKE,

                Plaintiff,

           v.                                               No. 21-CV-188 (RA)

CITY OF NEW YORK, NEW YORK CITY               ORDER
POLICE DEPARTMENT, POLICE OFFICERS
JOHN DOES 1-6,

                Defendants.

---

RONNIE ABRAMS, United States District Judge:

      Plaintiff Charles Blake brought this action pursuant to 42 U.S.C. § 1983 on January 9, 2021. The case was subsequently designated for participation in Local Civil Rule 83.1, Plan for Certain § 1983 cases against the City of New York. Defendants the City of New York and the New York City Police Department were served on January 20-21, 2021.

      Pursuant to Local Civil Rule 83.10, Plaintiff was required to serve, at the same time as he served the complaint, a "§ 160.50 Release" for sealed arrest records for the arrest that is the subject of the complaint. If that release was served on Defendants, their answer was due on April 11, 2021. Defendants have not yet responded to the complaint. By no later than April 19, 2021, Defendants shall either respond to the complaint or send a letter to Plaintiff's counsel and the Court requesting the § 160.50 release.

SO ORDERED.

Dated:   April 12, 2021
            New York, New York

                                                                       Ronnie Abrams
                                                                       United States District Judge