UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES BLAKE,<br><br>                                  Plaintiff,<br><br>v.<br><br>THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, and POLICE OFFICERS JOHN DOE #1 – 6, said names being fictitious and representing the unknown and intended to be named later New York City Police Department Officers and Captain involved in the occurrence herein, individually and in their respective capacities as members of the New York City Police Department,<br><br>                                  Defendants. | 21-CV-188 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

Pending before the Court is Plaintiff Charles Blake's unopposed motion to compel non-party Cohen's Fashion Optical ("Cohen's") to comply with its subpoena. Cohen's shall respond to Plaintiff's motion, or otherwise respond to the subpoena, by no later than two weeks after Plaintiff effects service of this Order. If Cohen's fails to do so, Plaintiff's motion to compel will be granted.

Plaintiff shall personally serve this Order on Cohen's and promptly file proof of service on the docket.

SO ORDERED.

Dated:   December 2, 2022
         New York, New York

                                                       _____
                                                       Ronnie Abrams
                                                       United States District Judge