USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARLES BLAKE,

                Plaintiff,

-v.-

THE CITY OF NEW YORK, et al.,

                Defendants.

21 Civ. 00188 (JHR)

ORDER

---

JENNIFER H. REARDEN, District Judge:

    On March 9, 2023, the Court granted Plaintiff permission to move, by order to show cause, to hold non-party Cohen's Fashion Optical ("Cohen's") in civil contempt. ECF No. 59. The Court ordered Plaintiff to serve Cohen's in accordance with, *inter alia*, "the S.D.N.Y. Local Rules, including Local Civil Rule 83.6." *Id.* According to Local Rule 83.6, "[w]here the alleged contemnor has appeared in the action by an attorney, the notice of motion or order to show cause and the papers upon which it is based may be served upon said attorney; otherwise service shall be made personally, together with a copy of this Local Civil Rule 83.6, in the manner provided for by the Federal Rules of Civil Procedure for the service of a summons." L.R. 83.6(a). Upon review of Plaintiff's submissions in connection with his motion for contempt, it is not apparent that Cohen's was served in accordance with this Rule.

    Accordingly, by **June 8, 2023**, Plaintiff shall either file proof of service demonstrating service on Cohen's in accordance with Local Civil Rule 83.6, or file a letter explaining why service was not made in compliance with this Rule. The hearing on Plaintiff's Order to Show Cause, previously scheduled for **June 8, 2023,** at **1:30 P.M.**, is ADJOURNED *sine die*.

By **June 7, 2023**, Plaintiff shall serve Cohen's via certified mail with a copy of this Order. Within two business days of service, Plaintiff must file proof of such service on the docket.

SO ORDERED.

Dated: June 6, 2023
New York, New York

JENNIFER H. REARDEN
United States District Judge